UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>      v.                            )   No. 4:10CR295 CEJ<br>                                    )              (FRB)<br>SALVADOR ROCHA LINAN, et al.,       )<br>                                    )<br>            Defendants.             ) | |

**MEMORANDUM AND ORDER**

      Several defendants in the above cause have filed motions or requests seeking additional time in which to file pretrial motions or a waiver thereof.  Counsel for the government has previously stated to the court that this is a complex case and that voluminous discovery has been provided to the defendants.  This assertion has been affirmed by many of the defendants in their motions and requests for additional time.  In view of this the undersigned finds that, for the reasons set out in the defendants' motions and requests, that to deny the requests for such additional time would deny counsel for the defendants the reasonable time necessary for effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, and that the ends of justice served by granting defendants' requests for additional time outweigh the best interest of the public and the defendants in a speedy trial, and therefore, the time granted to defendants to investigate and prepare pretrial motions, or a

waiver thereof, is excluded from computation of the time for a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS FURTHER ORDERED** the motions of defendants Salvador Rocha Linan (Docket No. 318); Nicholas Lamar Bates (Docket No. 287); Eddie Charles Mackey, Jr. (Docket No. 303); Ricco Perez Johnson (Docket No. 286); Sean Ryan McQuiller (Docket No. 264); Michael David Harris (Docket No. 311); Bryant Hancock (Docket No. 284); and Kiesha Tamia Givens (Docket No. 276) seeking additional time to file pretrial motions or a waiver thereof are granted.

**IT IS FURTHER ORDERED** that the requests of defendants Corey T. Franklin (Docket No. 279); Tommy Lee Tolliver (Docket No. 262); Stanley Christopher Bates (Docket No. 257); and Askia Ingram (Docket No. 265) seeking additional time to file pretrial motions or a waiver thereof are granted.

**IT IS FURTHER ORDERED** that defendants Salvador Rocha Linan, Edwardo Armando Wilson, Corey T. Franklin, Nicholas Lamar Bates, Eddie Charles Mackey, Jr., Ricco Perez Johnson, Frederic Lamont Caldwell, Tommy Lee Tolliver, Stanley Christopher Bates, Sean Ryan McQuiller, Askia Ingram, Michael David Harris, Bryant Hancock, Kiesha Tamia Givens, and Latonya Trenee Moore shall have to and including **August 9, 2010,** in which to file motions, other than motions raising issues related to any evidence obtained by the government through the use of electronic surveillance, or a waiver thereof.

An order relating to the filing of motions relating to evidence obtained by the government by means of electronic surveillance will be separately filed at a later date.

*Frederick R. Buckles*
UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of July, 2010.